# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANDREW GILLINS,

    Plaintiff,

v.                                                              Case No. 8:09-CV-779-T-30TGW

STEPHEN WATSON, et al.,

    Defendants.

_____/

## ORDER

Before the Court is Plaintiff's "Motion for Further Action" (Dkt. 23) in which Plaintiff asserts that the Court never disposed of his claims against Defendant Michael Scire, and requests the Court dispose of his claims against Defendant Scire so that the claims may be considered in his pending appeal.[1]

"The filing of a notice of appeal ousts the district court of jurisdiction over those aspects of the cause involved in the appeal." *United States v. Hitchmon*, 587 F.2d 1357, 1359 (5th Cir. 1979). "[T]he filing of an appeal of virtually any sort acts to freeze all proceedings in the district court pending resolution of the appeal." *Shewchun v. United States*, 797 F.2d 941, 942 (11th Cir. 1986). This Court dismissed Plaintiff's claims against all defendants in part pursuant to the Supreme Court's decision in *Heck v. Humphrey*, 512 U.S. 477 (1994) (See Dkt. 12 at p. 4). Consequently, this Court does not currently have

---

[1] The Court dismissed Plaintiff's complaint as frivolous on August 31, 2009 (See Dkt. 12). Plaintiff constructively filed his notice of appeal on September 28, 2009 (See Dkt. 16).

jurisdiction to issue further rulings over the claims against Defendant Scire.

ACCORDINGLY, the Court **ORDERS** that Plaintiff's "Motion for Further Action" (Dkt. 23) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on January 12, 2010.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*